Case 4:19-cv-03031   Document 63   Filed on 02/11/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **TIMOTHY KLICK,** | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | **CIVIL ACTION NO. 4:19-CV-1583** |
| | § | **(consolidated with Civil Action Nos. 4:19-cv-03031, 4:19-cv-03032, 4:19-cv-03033, 4:19-cv-04569)** |
| | § | |
| | § | |
| **CENIKOR FOUNDATIION,** | § | |
| *Defendant*. | | |

## ORDER

The Parties in this case—Defendant Cenikor Foundation and Plaintiffs Timothy Klick, Wilton Chambers, Malik Aleem, John Potter, and Anthony Woods—filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 218. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure this action (Civil Action No. 4:19-cv-01583), all actions consolidated with this action (including Civil Action Nos. 4:19-cv-03031, 4:19-cv-03032, 4:19-cv-03033, and 4:19-cv-04569), and all claims and defenses asserted in all such actions are hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case, and all cases consolidated with this action.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 11th of February 2025

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE